U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 21 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FREDERICK WEATHERSPOON § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 3-05-CV-0586-P |
| § | |
| LUPE VALDEZ, ET AL. § | |
| § | |
| Defendants. § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SIGNED this 21st day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE